UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:86-cr-00049 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| KERRY CONRAD BINGER, | |
| Defendant. | |

Defendant's Request for Appointment of Counsel under the Criminal Justice Act (Docket No. 6) to assist or represent him in the matter before the United States Parole Commission is GRANTED.

Dated: August 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1