HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant/Parolee
KERRY CONRAD BINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. Nos. S 85-275 WBS, S 86-49 WBS |
| Plaintiff, | ) ) | **MOTION TO WITHDRAW THE OFFICE OF THE FEDERAL DEFENDER AND TO APPOINT CRIMINAL JUSTICE ACT COUNSEL; [lodged] ORDER** |
| v. | ) ) ) | |
| KERRY CONRAD BINGER, | ) ) | |
| Defendant. | ) ) | Judge: Hon. WILLIAM B. SHUBB |

On August 26, 2019, Mr. Binger requested appointment of counsel to assist or represent him in a matter before the U.S. Parole Commission arising out of charges that he violated the terms of his parole in July 2019. Dkt. 26.

On August 15, 2013, at the request of Mr. Binger in Cr. No. S 85-275 WBS, this Court appointed counsel under the Criminal Justice Act to assist or represent the defendant in a matter before the U.S. Parole Commission. Dkt. No. 25. An assistant federal defender in the Fresno office was assigned to represent Mr. Binger, and represented Mr. Binger when was sentenced to prison for violating the terms of his parole.

Mr. Binger felt the Federal Defender Office provided ineffective assistance of counsel in the 2013 matter. Therefore, this Office moves to withdraw as counsel and recommends the Court enter the order lodged herewith appointing a Criminal Justice Act attorney on the Fresno panel to represent Mr. Binger with regard to the 2019 matter.

Dated: August 27, 2019

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          *s/ David M. Porter*
          DAVID M. PORTER
          Assistant Federal Defender

# ORDER

For the reasons set forth in the motion, and good cause appearing therefor, the motion of the Federal Defender Office to withdraw as counsel is GRANTED. Defendant's Request for Appointment of Counsel under the Criminal Justice Act to assist or represent him in the matter before the United States Parole Commission regarding the warrant issued by the Commission in 2019 (Cr. S 85-275 WBS, dkt. 26; Cr. S 86-49 WBS, dkt. 6) is GRANTED. The Clerk shall electronically serve this order on the appointing authority for the Eastern District of California, who will locate appointed counsel.

Dated: August 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Motion to Withdraw the Office of the Federal Defender and to Appoint Criminal Justice Act Counsel; [lodged] Order    3