UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:86-cr-00049 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KERRY CONRAD BINGER, | |
| Defendant. | |

        Defendant's Request for Appointment of Counsel under the Criminal Justice Act (Docket No. 10) to assist or represent him in the matter before the United States Parole Commission is GRANTED.

        IT IS SO ORDERED.

Dated:  December 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1